# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LEAH D. THOMPSON**                                                             **PLAINTIFF**

V.                  **No. 4:21-cv-00493-BRW-ERE**

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER of the**
**SOCIAL SECURITY ADMINISTRATION**                     **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, judgment is entered in favor of Defendant.

DATED this  3rd  day of   May   , 2022.

                                                         _____BILLY ROY WILSON_____
                                                         UNITED STATES DISTRICT JUDGE